**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Wendell Ray MULLIKEN, Defendant—
Appellant.**

No. 03–30249.
D.C. No. CR–94–00182–MJP.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

U.S. Attorney, USSE–Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Michael Craig Nance, Law Office of Michael Nance, Seattle, WA, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM**

Wendell Ray Mulliken appeals the judgment revoking his supervised release and imposing a 120–day prison sentence. We dismiss this appeal as moot because Mulliken has completed serving his entire sentence, and thus lacks standing to raise any challenge to it. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999) (citing *Spencer v. Kemna,* 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998)).

Accordingly, the motion of Michael Nance, Esq. to withdraw as counsel of record is **GRANTED** and the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.